FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

2006 MAY 30 AM 9: 54

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| TONYA MARIE ARLEDGE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAVANNAH,<br><br>    Defendant. | Case No. CV406-73 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 26 day of May, 2006.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA